IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Validus Pharmaceuticals LLC,

    Plaintiff,

v.

    Civil Action No. 3:15-5912-MAS-TJB

Aurobindo Pharma Limited, Aurobindo
Pharma USA, Inc. and Aurolife Pharma LLC,

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to between Validus Pharmaceuticals LLC ("Plaintiff") and Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively "Defendants"), subject to the Court's approval, that:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiff and Defendants are dismissed without prejudice; and

(2) Each party shall bear its own costs and fees in the above-captioned action.

By: _____  Dated: 12/3 2015
Joseph A. Guarino
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T: 973.520.2550
F: 973.520.2551
Attorneys for Validus Pharmaceuticals LLC

By: _____  Dated: 12/3 2015
Lee A. Goldberg
Merchant & Gould PC
767 Third Avenue, Suite 23C
New York, New York 10017
T: 212.223.6652
F: 212.223.6521
Attorneys for Aurobindo Pharma Limited,
Aurobindo Pharma USA, Inc. and Aurolife
Pharma LLC

SO ORDERED:

_____
Michael A. Shipp, U.S.D.J.
Dated: 12/4/15, 2015